

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00426-CV

IN RE HAROLD NEIL JACOBSON, M.D.                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

We have considered "Relator's Unopposed Motion To Dismiss Original Proceeding." It is the court's opinion that the motion should be granted; therefore, we dismiss this original proceeding.

PER CURIAM

PANEL: DAUPHINOT, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED: February 3, 2014

------------

[1]See Tex. R. App. P. 47.4.